# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2861
LT Case No. 23N-00080

_____

PEGGY AVERY,

    Appellant,

    v.

LONGWOOD HEALTH and
REHABILITATION CENTER,

    Appellee.

_____

Administrative appeal from
the Agency for Health Care

Peggy Avery, Oviedo, pro se.

No Appearance for Appellee.

February 6, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____